# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| EBONYE WILSON | CIVIL ACTION NO. 25-cv-0926 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DISTRICT ATTORNEY OFFICE CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 31st day of July, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE